NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
JOHN J. SWAFFORD (State Bar No. 321174)
John.Swafford@McNamaraLaw.com
MᴄNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
COUNTY OF NAPA AND JOSHUA COLEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGERS DEMAREA VAUGHN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF NAPA, a municipal corporation; JOSHUA COLEMAN, in his individual capacity as a law enforcement officer for the AMERICAN CANYON POLICE DEPARTMENT; DOES 1-50, inclusive,<br><br>Defendants. | Case No. C25-01342 LB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE SCHEDULE AND RESETTING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Laurel Beeler |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, through their respective counsel, as follows:

1. WHEREAS, this matter is set for a further Case Management Conference ("CMC") on February 19th with Your Honor.  However, lead trial counsel for Defendants, Noah G. Blechman and John J. Swafford, will be out of town at a conference during the time of the CMC.  This issue was raised with Plaintiff's counsel and they have agreed, subject to the Court's approval, to move the CMC to another date per this stipulation and update.

2. WHEREAS, discovery is ongoing in this matter and new depositions have just been requested by all parties, including family members of the Plaintiff, another peace officer,

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

Ofc. Fallon, and a Person Most Knowledgeable ("PMK") witness for the County. However, the PMK recently had a medical procedure that he is still healing up from so we need a little more time to complete his and the other depositions in this case. Additionally, due to unforeseen circumstances arising from a family emergency, Plaintiff's counsel was unable to move forward with the previously noticed deposition of Defendant Coleman on February 6, 2026, necessitating rescheduling that deposition as well.

3. WHEREAS, Defendants and Plaintiff would prefer to have more time to complete these depositions. None of these changes will affect the Pretrial Conference or Trial Date in this matter, but will impact discovery deadlines and move the hearing for dispositive motions for one month. This is the second time to reset some of these dates.

NOW, THEREFORE, the Parties respectfully request this Court extend the deadlines in this matter as follows pe the good cause showing herein:

| **Case Event** | **Current Deadlines** | **Proposed New Deadlines** |
| --- | --- | --- |
| Non-expert discovery completion | 2/20/2026 | 3/20/2026 |
| Expert disclosures | 2/27/2026 | 3/27/2026 |
| Rebuttal expert disclosures | 3/13/2026 | 4/10/2026 |
| Expert discovery completion | 4/9/2026 | 5/7/2026 |
| Dispositive Motion Filing Date | 4/16/2026 | 5/14/2026 |
| Last Hearing Date for Dispositive Motion | 5/21/2026 | 6/18/2026 |
| Pre-trial meet and confer filings | 9/1/2026 | No change |
| Pre-trial filings due | 9/10/2026 | No change |
| Final pre-trial conference | 10/1/2026 | No change |
| Trial | 10/13/2026 | No change |

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the documented.

2

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 6, 2026                POINTER & BUELNA, LLP


                                       By:    /s/ Briana Cravanas
                                           LATEEF GRAY
                                           BRIANA CRAVANAS
                                           Attorneys for Plaintiff, ROGERS DEMAREA
                                           VAUGHN

Dated: February 6, 2026                MCNAMARA, AMBACHER, WHEELER,
                                       HIRSIG & GRAY LLP


                                       By:    /s/ Noah G. Blechman
                                           Noah G. Blechman
                                           John J. Swafford
                                           Attorneys for Defendants
                                           COUNTY OF NAPA AND JOSHUA COLEMAN

*PROPOSED ORDER ON NEXT PAGE*

3

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

## ORDER

The Court, having considered the parties' stipulation, and good cause appearing, hereby continues the deadlines as follows, per the dates in **bold** below:

| Case Event | Current Deadlines | New Deadlines |
|---|---|---|
| Non-expert discovery completion | 2/20/2026 | **3/20/2026** |
| Expert disclosures | 2/27/2026 | **3/27/2026** |
| Rebuttal expert disclosures | 3/13/2026 | **4/10/2026** |
| Expert discovery completion | 4/9/2026 | **5/7/2026** |
| Dispositive Motion Filing Date | 4/16/2026 | **5/14/2026** |
| Last Hearing Date for Dispositive Motion | 5/21/2026 | **6/18/2026** |
| Pre-trial meet and confer filings | 9/1/2026 | No change |
| Pre-trial filings due | 9/10/2026 | No change |
| Final pre-trial conference | 10/1/2026 | No change |
| Trial | 10/13/2026 | No change |

The further Case Management Conference in this matter is also continued to May 21, 2026, at 11:00 AM. The parties are ordered to file joint updated Case Management Conference Statement no later than one week prior to this new date.

**IT IS SO ORDERED.**

Dated: February 9, 2026

By: _____
Honorable Laurel Beeler
United States Magistrate Judge

4